**IN the INTEREST OF: A.L.B.**

**No. ED 102098**

Missouri Court of Appeals, Eastern District, DIVISION THREE.

Filed: April 28, 2015

Medford D. Robbins, P.O. Box 87, Fredericktown, MO 63645, Edward Pultz, Guardian Ad Litem, 400 N. Washington, Suite 112, P.O. Box 992, Farmington, MO 63640, for appellant.

Tammy M. Steward, 113 N. Missouri Street, Suite B, Potosi, MO 63640, for respondent.

Before Kurt S. Odenwald, P.J. and Robert G. Dowd, Jr. and Gary M. Gaertner, Jr., JJ.

### ORDER

**PER CURIAM.**

J.A.B. ("Mother") appeals from the judgment of the trial court terminating her parental rights to A.L.B., L.T.B., and A.M.B. ("the Children"). Mother asserts seven points on appeal.

The trial court's findings were supported by competent and substantial evidence and were not contrary to the overwhelming weight of the evidence. We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been

---

1. Unless otherwise indicated, all further statutory references are to RSMo 2000 as amend-   ed.

furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).